914

No. 232. HILLS ET AL. *v.* EISENHART ET AL., *ante,*
p. 832;

No. 333. O'ROURKE ET AL. *v.* SILL ET AL., *ante,* p. 841;

No. 101, Misc. CURRY *v.* RAGAN ET AL., *ante,* p. 851;

No. 154, Misc. PAPWORTH *v.* UNITED STATES, *ante,*
p. 854; and

No. 216, Misc. RUBY ET UX. *v.* BOWLUS, *ante,* p. 856.
Petitions for rehearing denied. MR. JUSTICE STEWART
took no part in the consideration or decision of these
applications.

DECEMBER 15, 1958.*

No. 57. HOWARD *v.* LYONS ET AL. Certiorari, 357
U. S. 903, to the United States Court of Appeals for the
First Circuit. Argued December 8–9, 1958. This case is
restored to the calendar for reargument. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A.
Sweeney, Morton Hollander* and *Bernard Cedarbaum* for
petitioner. *Claude L. Dawson* for respondents.

No. 2, Original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;

No. 3, Original. MICHIGAN *v.* ILLINOIS ET AL.; and

No. 4, Original. NEW YORK *v.* ILLINOIS ET AL. Application having been made for a reopening and amendment
of the decree of April 21, 1930, 281 U. S. 696, it is ordered
that the defendants be allowed to and including January
19, 1959, in which to file a response or responses to the
application. *Latham Castle,* Attorney General, for the
State of Illinois, and *Russell W. Root* for the Metropolitan Sanitary District of Greater Chicago, movants-defendants.

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or
decision of cases in which orders were this day announced.